FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY .shn                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD WILSON, | Case No.  CV 11-04735 ABC (AN) |
| Petitioner, | |
| v. | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (dkt. 21). Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1.     The Court affirms and adopts *nunc pro tunc* the part of the Magistrate Judge's Order re Further Proceedings (dkt. 5), which deemed the Sixth Amendment claim to be stricken from the Petition in light of the Ninth Circuit's Order filed on May 9, 2011, in *Wilson v. McDonald*, No. 11-70594.

2.     The Objections, which allege Petitioner's December 5, 2007 Inmate Copy summary of his sentence credits was not delivered to him, are overruled for the reasons stated in the R&R. Notably, the R&R discusses the facts that establish the date and

1  time that document was delivered to Petitioner. (R&R at 11.) Morever, the December

2  5, 2007 Inmate Copy summary is significant to this case because it establishes

3  Petitioner knew about the status of the credits he seeks as of December 5, 2007. Thus,

4  "the date on which the factual predicate of the claim or claims presented could have

5  been discovered through the exercise of due diligence" was December 5, 2007, not

6  sometime in March of 2009, as he alleges in a conclusory fashion. 28 U.S.C. §

7  2244(d)(1)(D).

8        3.      The Court accepts the findings and recommendation of the R&R.

9        4.      Respondent's Motion to Dismiss is GRANTED and judgment shall be

10  entered dismissing this action with prejudice.

11       5.      All motions are denied as moot and terminated.

12       IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this

13  Order and the Judgment on all counsel or parties of record.

16  Dated: February 16, 2012

                              *Audrey B. Collins*

17                              AUDREY B. COLLINS
                            CHIEF JUDGE