FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shu          DEPUTY

ENTER / JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD WILSON,<br>      Petitioner,<br>  v.<br>STATE OF CALIFORNIA,<br>      Respondent. | Case No. CV 11-04735 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 16, 2012

_____
AUDREY B. COLLINS
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY