FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

ENTER / JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD WILSON, | Case No. CV 11-04735 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 16, 2012

_____
AUDREY B. COLLINS
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY